THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYETH HALL, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>          Defendant. | Case No. 2:23-cv-01145-JNW<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COLLECTIVE ACTION COMPLAINT AND ORDER<br><br>NOTE ON MOTION CALENDAR: AUGUST 16, 2023 |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), the parties hereby jointly request that the Court extend the deadline for Defendant Amazon.com Services LLC ("Amazon") to answer, move to dismiss, or otherwise respond to the Complaint by 31 days, such that it would fall on Monday, September 25, 2023.

Plaintiff Wyeth Hall served his Collective Action Complaint on Amazon on August 4, 2023. Pursuant to FRCP 12(a)(1), the current deadline for Amazon to answer, move to dismiss, or otherwise respond to the Complaint is August 25, 2023. On August 14, 2023, the parties met and conferred and agreed that the requested extension is necessary to allow Amazon to fully investigate this matter and the allegations in the Complaint, to allow Amazon's counsel adequate time to coordinate with their client on a response, and for counsel to further meet and confer as necessary. The parties also agree that between August 25 and September 25, 2023, the statute of

STIPULATION TO EXTEND DEADLINE AND ORDER – 1
(Case No. 23-CV-1145)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

on limitations shall be tolled for potential Collective Members with respect to the claim alleged in the Complaint under the Fair Labor Standards Act. Accordingly, in the interest of judicial economy, the parties seek an extension of the deadline for Amazon to answer, move to dismiss, or otherwise respond to the Complaint until September 25, 2023.

RESPECTFULLY SUBMITTED this 16th day of August 2023.

By: *s/ Shannon McDermott*
Andrew Moriarty, Bar No. 28651
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
SMcDermott@perkinscoie.com

Attorneys for Defendant Amazon.com Services LLC

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
**Frank Freed Subit & Thomas LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

Camille Fundora Rodriguez, Pro Hac Vice
Email: crodriguez@bm.net
Alexandra K. Piazza, Pro Hac Vice
Email: apiazza@bm.net
Michael J. Anderson, Pro Hac Vice
Email: manderson@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4620

Attorneys for Plaintiff and the Proposed Collective

STIPULATION TO EXTEND DEADLINE AND
ORDER – 2
(Case No. 23-CV-1145)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Amazon shall answer Plaintiff's Collective Action Complaint by September 25, 2023.

DATED this 18th day of August, 2023.

_____
Jamal N. Whitehead
United States District Judge

PRESENTED BY:

*s/ Shannon McDermott*
Andrew Moriarty, Bar No. 28651
Shannon McDermott, Bar No. 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
SMcDermott@perkinscoie.com

Attorneys for Defendant Amazon.com Services LLC

STIPULATION TO EXTEND DEADLINE AND ORDER – 3
(Case No. 23-CV-1145)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000